396 A.2d 474

**COMMONWEALTH of Pennsylvania**

v.

**Clarence BILLETT, Appellant.**

Superior Court of Pennsylvania.

Submitted April 10, 1978.

Decided Dec. 28, 1978.

42

Claude V. Falkenhan, Pittsburgh, for appellant.

No appearance entered nor brief submitted for Commonwealth, appellee.

Before JACOBS, President Judge, and HOFFMAN, CERCONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

PER CURIAM:

On direct appeal, appellant is challenging the voluntariness of his guilty plea without having first filed a petition with the lower court to withdraw that plea as required by *Commonwealth v. Roberts*, 237 Pa.Super. 336, 352 A.2d 140 (1975). However, a review of the record in this case shows that there were no warnings given to appellant of the consequences on appeal of this failure to file a petition to withdraw his guilty plea prior to challenging its validity.

Therefore, the judgment of sentence is vacated, and the case remanded for the filing of a petition nunc pro tunc as mandated by *Commonwealth v. Johnson*, 258 Pa.Super. 214, 392 A.2d 760 (1978).

VAN der VOORT, J., dissents.

HOFFMAN, J., did not participate in the consideration or decision of this case.